# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>       Plaintiff,<br><br>   VS.<br><br>DOUGLAS GORBEA DEL VALLE<br><br>       Defendant, | **CASE #: 97-CR-228 (JAF)**<br><br>**NOTICE OF APPERANCE OF COUNSEL** |

**TO THE HONORABLE COURT AND ALL PARTIES INTERESTED:**

**COMES NOW** Lorenzo J. Palomares Starbuck, Esq. and enters its appearance as counsel of record for DOUGLAS GORBEA DEL VALLE in the above style case.

1. All parties are herewith requested to serve all papers on counsel at the address below.

**WHEREFORE**, the undersigned prays that the court take notice of the appearance of counsel accordingly,

Respectfully submitted,

In San Juan, Puerto Rico, this November 13th, 2002.

*S/ Lorenzo J. Palomares Starbuck*
Lorenzo J. Palomares Starbuck, Esq.
USDC# 218107
Counsel for Jose R. Hernandez
500 Munoz Rivera, Centro I
Suite 1504
Hato Rey, P.R. 00918
Tel (787) 753-7441
Fax (787) 758-3331

## CERTIFICATE OF SERVICE

I certify that on this day the instant pleading was filed using the CMECF/CM case management filing system of the Court which will send a copy of the notice of appearance to all counsels of record.

*S/ Lorenzo J. Palomares Starbuck*