# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| THE UNITED STATES OF AMERICA<br><br>Plaintiff[s],<br><br>VS.<br><br>DOUGLAS GORBEA<br><br>Defendant[s] | **Case No.:** 97-CR-228 [4] JAF |

## NOTICE OF APPEAL

**COMES NOW** the above named defendant and pursuant to FRAP 4 files the instant notice of appeal, from the final order of the District court denying a motion for a new trial.

Respectfully submitted,

*S/Lorenzo J. Palomares Starbuck*
Lorenzo J. Palomares-Starbuck, Esq.
USDC #218017
Lorenzo Palomares, P.S.C.
Attorneys & Counselors at Law
Attorney for Third Party Claimant
500 Munoz Rivera, Centro I,
Suite 1504
San Juan, P.R. 00918
Tel (787) 753-7441
Fax (787) 758-3331

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that on this day of filing a copy of the instant pleading was filed using the electronic filing system of this Court CM/CEF which will send a copy of the instant pleading to all counsels of record.

*S/ Lorenzo J. Palomares Starbuck, Esq.*

2