# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO
Transmittal of  Record  to the Court of Appeals

**DATE:    February 19, 2008**

**DC #:      97-228   (JAF)**

**APPEAL FEE PAID:**        YES   _X_        NO  _____

**CASE CAPTION:**           USA      v.     **Hernández**
                            Defendant:     **Douglas Gorbea (4)**

**IN FORMA PAUPERIS:**      YES  _____      NO   _X_

**MOTIONS PENDING:**        YES  _____      NO   _X_

**NOTICE OF APPEAL FILED BY:**        Defendant

**APPEAL FROM:**            Order entered on  01/16/08 denying Motion for New Trial

**SPECIAL COMMENTS:**    Copies &  original documents

**INDEX OF DOCUMENTS INCLUDED AS THE RECORD ON APPEAL:**

| DOCUMENTS: | VOLUMES: |
|---|---|
| **Docket Entries   1-90** | **I** |
| **Docket Entries   91-175** | **II** |
| **Docket Entries   176-255, 259-283** | **III** |

I HEREBY CERTIFY  that the enclosed documents contained herein are copies or the original pleadings as described above and constitute the record on appeal in the case.

FRANCES RIOS DE MORAN
Clerk of the Court

S/ Xiomara Muñiz
Xiomara Muñiz
Deputy Clerk

Acknowledgment of Receipt:

Received By:    _____
USCCA #:      _____
s/c:  CM/ECF Parties, Appeals Clerk